**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN PABLO ZAMBRANO,** )<br>)<br>            **Petitioner,** )<br>)<br>   v. )<br>)<br>CONNIE GIPSON, )<br>)<br>            Respondent. )<br>) | CASE NO. LA CV 15-01794 VBF (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's contemporaneously issued Order Adopting the Report and Recommendation of the United States Magistrate Judge, Denying the Habeas Corpus Petition, Directing the Entry of Separate Final Judgment, Dismissing the Action With Prejudice, and Terminating the Case, **final judgment is hereby entered in favor of the respondent and against petitioner Juan Pablo Zambrano.**

DATED: Thursday, May 26, 2016

*Valerie Baker Fairbank*

      VALERIE BAKER FAIRBANK
    UNITED STATES DISTRICT JUDGE